Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## California Northern Bankruptcy Court

| **In re Debtor(s):** | Case No.: 19–42001 CN 13 |
|---|---|
| Lenora Williams Omenka<br>aka  Lenora Hameed<br>aka  Lenora Williams<br>dba  Williams LL & Associates LLC | Chapter: 13 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Lenora Williams Omenka          CLAIM: $916.00

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: 1) Provide a complete and notarized Application form. The Application form is available on the Court website at
https://www.canb.uscourts.gov/case–info/unclaimed–dividends/instructions–submitting–application–unclaimed–dividends.

2) Provide a proposed order with the proper name of the person who is to be paid the funds. The name of this pay to the order of person stated on the proposed order must EXACTLY match the name on line #1 of the submitted W9 form.

3) Provide Applicant name and contact information in the upper left corner of the proposed order.


The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 9/24/2020. . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:

Clerk, U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Attention: Unclaimed Funds


Dated: 8/25/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Fritzie Quach
　　(415)268–2319
　　UCF@canb.uscourts.gov